Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTEFHANY COREA-MENDOZA,<br><br>Defendant. | CASE NO. CR20-092RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

THIS MATTER comes before the court on Defendant Estefhany Corea-Mendoza's Motion to Seal Defendant's Sentencing Memorandum and Exhibits. For the reasons stated and based on the court's review of the documents, it is hereby

ORDERED that Defendant Estefhany Corea-Mendoza's Motion to Seal Defendant's Sentencing Memorandum and Exhibits is GRANTED.

DATED this 10th day of February, 2023.

_____
RICHARD A. JONES
United States District Judge

'

Presented by:
/S/  Paula T. Olson
Paula T Olson, WSB#11584
Attorney for Defendant Corea-Mendoza